UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 25 CR 304 |
| v. | ) | |
| | ) | |
| RUKNUDDIN "Rick" CHAROLIA | ) | |
| AAMIR ALI ARIF, | ) | Judge Jeffrey I. Cummings |
| SHEARYAR ARIF, | ) | |
| FIZZA FARID, and | ) | |
| FAIZAN SALEEM, | ) | |
| | ) | |
| Defendants. | ) | |

**BILL OF PARTICULARS FOR**
**FORFEITURE OF CERTAIN PROPERTY**

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby files the following Bill of Particulars.

Through the violations of Title 18, United States Code, Section 1347, as set forth in Counts One through Four of the Indictment, the United States seeks forfeiture of any property which constitutes and is derived, directly and indirectly, from the gross proceeds traceable to the commission of the offense, pursuant to Title 18, United States Code, Section 982(a)(7); and through the violation of Title 18, United States Code, Section 1956(h), as set forth in Count Six of the Indictment, the United States seeks forfeiture of any property which is involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1). The property to be forfeited includes, but is not limited to:

(a) $61,851.78 in funds from Bank Account # XXXXXXXXXXXX2263 in the name of Mavens LLC at Brex Treasury LLC, Draper, UT; and

(b)    The real property located at 2510 Lance Lane, Stafford, Texas 77477, legally described as:

> LOT 73, IN BLOCK 4, OF KINGSWAY, A SUBDIVISION IN FORT BEND COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 22, PAGE 27 OF THE PLAT RECORDS OF FORT BEND COUNTY, TEXAS
>
> Permanent Real Estate Index Number: 4300-00-004-0730-910
>
> Commonly known as: 2510 Lance Lane, Stafford, Texas 77477

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    */s/ Kelly M. Warner*
KELLY M. WARNER
Department of Justice
Criminal Division, Fraud Section
Trial Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(202) 603-3180

Dated: August 8, 2025

2